IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| ISLET HOLDINGS, INC. et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>ISLET SCIENCES, INC., et al.,<br><br>Defendants. | **ORDER DENYING WITHOUT PREJUDICE MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT. 102)**<br><br>Case No. 2:12-CV-799-RJS<br><br>District Judge Robert J. Shelby |

Before the court is Plaintiffs' Motion for Partial Summary Judgment. (Dkt. 102.) This Motion was filed on November 21, 2014. At a hearing on February 24, 2015, the court granted Plaintiffs leave to file a Second Amended Complaint. In light of that ruling, the court also denied Plaintiffs' Motion for Partial Summary Judgment without prejudice to refile after the Second Amended Complaint is filed. This order reflects that ruling.

Dated this 2nd day of April, 2015.

                                              BY THE COURT:

                                              _____
                                              JUDGE ROBERT J. SHELBY
                                              United States District Court