IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| ISLET HOLDINGS INC., a Texas corporation; and ISLETECH, INC., a Nevada Corporation,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>ISLET SCIENCES, INC., a Nevada corporation; JOHN STEEL, an individual; CHARLES DANIEL RHODES, an individual; JONATHAN LAKEY, an individual; and John Does 1 through 5,<br><br>　　　　　Defendants. | NOTICE OF RECUSAL<br><br>Case No. 2:12-cv-00799<br><br>United States District Court Judge Jill Parrish<br><br>Magistrate Judge Dustin Pead |

　　　I recuse myself from the above entitled case, and ask that the matter be referred to another magistrate judge.

　　　DATED this 15th day of November, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Dustin B. Pead
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge